UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| DEE A. LAMAN | ) | No. 12-82722 |
| | ) | |
| Debtors. | ) | Judge Thomas M. Lynch |

## CERTIFICATE OF MAILING

I, the undersigned, on oath state that on June 5, 2017, I personally mailed the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on the persons listed below.

Dee A. Laman
5448 Mahogany Lane
Roscoe, IL 61073

VIA ECF Filing
United States Trustee's Office
780 Regent Street, Suite 304
Madison, WI 53715

Capital One, N.A.
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

VIA ECF FILING
Joseph Davidson, Esq.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523

American InfoSource LP
Agent for TD Bank, USA
P.O. Box 248866
Oklahoma City, OK 73124-8866

/s/ Katherine M. Elliott

Megan G. Heeg
Ehrmann Gehlbach Badger Lee & Considine, LLC
215 E. First Street, Suite 100
P.O. Box 447
Dixon, IL 61021
(815) 288-4949
(815) 288-3068 FAX
heeg@egblc.com