**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re: LAMAN, DEE A                               § Case No. 12-82722
                                                  §
                                                  §
                                                  §
Debtor(s)                                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   MEGAN G. HEEG, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $160,470.02 *(without deducting any secured claims)* | Assets Exempt: $19,714.02 |
| Total Distribution to Claimants: $27,178.52 | Claims Discharged Without Payment: $33,524.00 |
| Total Expenses of Administration: $57,821.90 | |

   3) Total gross receipts of $ 115,000.00 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 29,999.58 (see **Exhibit 2**), yielded net receipts of $85,000.42
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $226,511.00 | $10,587.92 | $10,587.92 | $10,587.92 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 57,821.90 | 57,821.90 | 57,821.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,497.23 | 16,590.60 | 16,590.60 | 16,590.60 |
| **TOTAL DISBURSEMENTS** | $276,008.23 | $85,000.42 | $85,000.42 | $85,000.42 |

4) This case was originally filed under Chapter 7 on July 17, 2012. The case was pending for 60 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/11/2017          By: /s/MEGAN G. HEEG
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Transvaginal mesh claim | 1249-000 | 115,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$115,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Dee Laman | Debtor's exemption pursuant to court order dated 2/1/17 | 8100-002 | 16,420.98 |
| LAMAN, DEE A | Dividend paid 100.00% on $13,578.60; Claim# SURPLUS; Filed: $13,578.60; Reference: | 8200-002 | 13,578.60 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$29,999.58** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Home Comings Financial / GMAC Mortgage | 4110-000 | 82,078.00 | N/A | N/A | 0.00 |
| NOTFILED | Mortgage Service Cente | 4110-000 | 135,522.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan | 4110-000 | 8,911.00 | N/A | N/A | 0.00 |
|  | Wexler Wallace LLP | 4220-000 | N/A | 534.84 | 534.84 | 534.84 |
|  | Wexler Wallace LLP | 4220-000 | N/A | 10,053.08 | 10,053.08 | 10,053.08 |
| **TOTAL SECURED CLAIMS** | | | **$226,511.00** | **$10,587.92** | **$10,587.92** | **$10,587.92** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - MEGAN G. HEEG | 2100-000 | N/A | 7,500.02 | 7,500.02 | 7,500.02 |
| Attorney for Trustee Fees (Trustee Firm) - Ehrmann Gehlbach Badger Lee & Considine, | 3110-000 | N/A | 1,862.50 | 1,862.50 | 1,862.50 |
| Attorney for Trustee Expenses (Trustee Firm) - Ehrmann Gehlbach Badger Lee & | 3120-000 | N/A | 77.85 | 77.85 | 77.85 |
| Other - Wexler Wallace LLP | 3210-600 | N/A | 41,400.00 | 41,400.00 | 41,400.00 |
| Other - Wexler Wallace LLP | 3210-600 | N/A | 4,600.00 | 4,600.00 | 4,600.00 |
| Other - Wexler Wallace LLP | 3220-610 | N/A | 46.53 | 46.53 | 46.53 |
| Other - Wexler Wallace LLP | 3992-000 | N/A | 1,150.00 | 1,150.00 | 1,150.00 |
| Other - Wexler Wallace LLP | 3992-000 | N/A | 100.00 | 100.00 | 100.00 |
| Other - Wexler Wallace LLP | 3992-000 | N/A | 1,075.00 | 1,075.00 | 1,075.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $57,821.90 | $57,821.90 | $57,821.90 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | 14,077.79 | 14,380.23 | 14,380.23 | 14,380.23 |
| 1I | American InfoSource LP as agent for | 7990-000 | N/A | 138.52 | 138.52 | 138.52 |
| 2 | Capital One NA | 7100-000 | 1,895.44 | 2,052.08 | 2,052.08 | 2,052.08 |
| 2I | Capital One NA | 7990-000 | N/A | 19.77 | 19.77 | 19.77 |
| NOTFILED | Fifth Third Bank Fifth Third Bank Bankruptcy Department, | 7100-000 | 5,022.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/walmart Dc Walmart/GEMB | 7100-000 | 2,916.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 8,583.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 5,006.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 11,997.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$49,497.23** | **$16,590.60** | **$16,590.60** | **$16,590.60** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-82722  
**Case Name:** LAMAN, DEE A  

**Period Ending:** 08/11/17

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/17/12 (f)  
**§341(a) Meeting Date:** 08/13/12  
**Claims Bar Date:** 09/02/16

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Real estate located at 5761 Irving Blvd, Park ,I<br>Imported from original petition Doc# 1 | 146,845.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with JP Morgan Chase<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Miscellaneous used household goods and furnishin<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Personal used clothing<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | The Western and Southern Life Insurance Company<br>Imported from original petition Doc# 1 | 657.02 | 0.00 | | 0.00 | FA |
| 6 | 2011 tax refund of $2,550.00<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 2001 Dodge Intrepid with 200,000 miles<br>Imported from original petition Doc# 1 | 722.00 | 0.00 | | 0.00 | FA |
| 8 | 2008 Saturn Vue with 44,000 miles Value accordin<br>Imported from original petition Doc# 1 | 10,746.00 | 0.00 | | 0.00 | FA |
| 9 | Transvaginal mesh claim  (u) | 0.00 | 112,000.00 | | 115,000.00 | FA |
| **9** | **Assets**  **Totals** (Excluding unknown values) | **$160,470.02** | **$112,000.00** | | **$115,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    October 15, 2016    **Current Projected Date Of Final Report (TFR):**    May 10, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-82722 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | LAMAN, DEE A | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5266 - Checking Account |
| Taxpayer ID #: | **-***0011 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 08/11/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/26/17 | | Wexler Wallace LLP | Net Settlement pursuant to court order dated 2/1/17 | | | 56,040.55 | | 56,040.55 |
| | {9} | | Gross settlement | 115,000.00 | 1249-000 | | | 56,040.55 |
| | | | Wexler & Wallace LLC | -41,400.00 | 3210-600 | | | 56,040.55 |
| | | | MDL Assessment Fee | -4,600.00 | 3210-600 | | | 56,040.55 |
| | | | Wexler & Wallace LLC costs | -46.53 | 3220-610 | | | 56,040.55 |
| | | | MDL Client expense assessment | -1,150.00 | 3992-000 | | | 56,040.55 |
| | | | Settlement Evaluation Expense | -100.00 | 3992-000 | | | 56,040.55 |
| | | | Garretson Lien Resolution Group Fee | -1,075.00 | 3992-000 | | | 56,040.55 |
| | | | Medical Global CMS lien | -534.84 | 4220-000 | | | 56,040.55 |
| | | | United Healthcare lien | -10,053.08 | 4220-000 | | | 56,040.55 |
| 04/28/17 | 101 | Dee Laman | Debtor's exemption pursuant to court order dated 2/1/17 | | 8100-002 | | 16,420.98 | 39,619.57 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 39,609.57 |
| 07/10/17 | 102 | MEGAN G. HEEG | Dividend paid 100.00% on $7,500.02, Trustee Compensation;  Reference: | | 2100-000 | | 7,500.02 | 32,109.55 |
| 07/10/17 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $1,862.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | | 3110-000 | | 1,862.50 | 30,247.05 |
| 07/10/17 | 104 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $77.85, Attorney for Trustee Expenses (Trustee Firm);  Reference: | | 3120-000 | | 77.85 | 30,169.20 |
| 07/10/17 | 105 | American InfoSource LP as agent for | Dividend paid 100.00% on $14,380.23; Claim# 1; Filed: $14,380.23; Reference: 0725 | | 7100-000 | | 14,380.23 | 15,788.97 |
| 07/10/17 | 106 | Capital One NA | Dividend paid 100.00% on $2,052.08; Claim# 2; Filed: $2,052.08; Reference: 9819 | | 7100-000 | | 2,052.08 | 13,736.89 |
| 07/10/17 | 107 | American InfoSource LP as agent for | Dividend paid 100.00% on $138.52; Claim# 1I; Filed: $138.52; Reference: 0725 | | 7990-000 | | 138.52 | 13,598.37 |
| 07/10/17 | 108 | Capital One NA | Dividend paid 100.00% on $19.77; Claim# 2I; Filed: $19.77; Reference: 9819 | | 7990-000 | | 19.77 | 13,578.60 |
| 07/10/17 | 109 | LAMAN, DEE A | Dividend paid 100.00% on $13,578.60; Claim# SURPLUS; Filed: $13,578.60; Reference: | | 8200-002 | | 13,578.60 | 0.00 |

Subtotals :    $56,040.55    $56,040.55

{} Asset reference(s)

Printed: 08/11/2017 11:08 AM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-82722  
**Case Name:** LAMAN, DEE A  
**Taxpayer ID #:** **-***0011  
**Period Ending:** 08/11/17  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5266 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 56,040.55 | 56,040.55 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 56,040.55 | 56,040.55 | |
| | | | Less: Payments to Debtors | | | 29,999.58 | |
| | | | **NET Receipts / Disbursements** | | **$56,040.55** | **$26,040.97** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5266** | 56,040.55 | 26,040.97 | 0.00 |
| | **$56,040.55** | **$26,040.97** | **$0.00** |

{} Asset reference(s)                                                                                                Printed: 08/11/2017 11:08 AM    V.13.30